UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BASSAM Y. ALGHANIM,

        Plaintiff,

v.

KUTAYBA Y. ALGHANIM, OMAR K. ALGHANIM, ALGHANIM INDUSTRIES COMPANY W.L.L., YUSUF AHMED ALGHANIM AND SONS W.L.L., and WALEED MOUBARAK,

        Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Case No.: 09 Civ. 08098 (LGS)

---

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) without prejudice against all defendants, including defendants Kutayba Y. Alghanim, Omar K. Alghanim, Alghanim Industries Company W.L.L., Yusuf Ahmed Alghanim and Sons W.L.L., and Waleed A. Moubarak.

Dated: May 8, 2014

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

by _/s/_
John L. Gardiner
Elizabeth A. Hellmann

Four Times Square
New York, New York 10036
(212) 735-3000
john.gardiner@skadden.com
betsy.hellmann@skadden.com

*Counsel for Plaintiff Bassam Y. Alghanim*

SHEARMAN & STERLING LLP

by _/s/_
Henry Weisburg
Richard F. Schwed
Christopher R. Fenton

599 Lexington Avenue
New York, New York 10022
(212) 848-4000
hweisburg@shearman.com
rschwed@shearman.com
christopher.fenton@shearman.com

*Counsel for Defendants Kutayba Y.*

*Alghanim, Omar K. Alghanim, Alghanim Industries Company W.L.L. and Yusuf Ahmed Alghanim and Sons W.L.L.*

PARK & JENSEN LLP

by  *Tai H. Park* /ps
    Tai H. Park

630 Third Avenue
New York, New York 10017
(646) 200-6300
tpark@parkjensen.com

*Counsel for Defendant Waleed A. Moubarak*